

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00092-CR

_____

IN RE:  MILTON GRIGGS

Original Mandamus Proceeding

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Milton Griggs is currently serving a 300-day sentence for failure to identify while being a fugitive from justice. Unfortunately, Griggs' wife recently passed away. In order to attend his wife's funeral, Griggs asked for an emergency furlough from confinement in the Hunt County Jail. Randy Meeks, sheriff of Hunt County, granted Griggs' request. A condition of the furlough requires that Griggs be accompanied by a law enforcement officer at all times. Now, Griggs has filed a document with this Court asking us to order Meeks to secure his temporary release from custody so he can attend his wife's funeral services without having to bear the "embarrassment" of being shadowed by a law enforcement officer. We interpret Griggs' document as a petition for a writ of mandamus, and we dismiss the petition for want of jurisdiction.

Texas courts of appeals have been granted limited original jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). This Court lacks jurisdiction to grant a petition for writ of mandamus against the Hunt County Sheriff unless the issuance of a writ of mandamus against him is necessary to enforce our jurisdiction. *See Silva v. Klevenhagen*, 833 S.W.2d 746, 747 (Tex. App.—Houston [1st Dist.] 1992, orig. proceeding) (per curiam). No such allegation has been made in this case.

Accordingly, we dismiss the petition for want of jurisdiction.


Bailey C. Moseley
Justice

Date Submitted:     June 2, 2015
Date Decided:       June 3, 2015


Do Not Publish

2